# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-mj-00070-JTM |
| ) | |
| KEVIN CONNOR ARMITAGE, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW the defendant, Kevin Connor Armitage, by and through his counsel, Carie Allen, Assistant Federal Public Defender for the Western District of Missouri, and moves this Court for an Order granting leave to withdraw as counsel of record for Mr. Armitage.

## SUGGESTIONS IN SUPPORT OF MOTION FOR CONTINUANCE

1. On May 31, 2018, a Criminal Complaint was filed charging Mr. Armitage with violations of 18 U.S.C. § 2423(b).

2. The Office of the Federal Public Defender was appointed to represent Mr. Armitage on the same day.

2. On June 4, 2018, Christopher J. Angles entered his appearance on behalf of Mr. Armitage.

WHEREFORE, for reasons set forth herein, Carie Allen, moves this Court for an Order granting leave to withdraw as counsel of record for the defendant, Kevin Connor Armitage.

Respectfully submitted,

/s/Carie Allen
Carie Allen
Assistant Federal Public Defender
818 Grand, Suite 300
Kansas City, MO 64106
TEL: 816-471-8282
EMAIL: carie_allen@fd.org

## CERTIFICATE OF SERVICE

It is CERTIFIED that the foregoing was electronically filed on this 5th day of June, 2018, and that a copy was e-mailed to all parties pursuant to the ECF system.

/s/Carie Allen
Carie Allen