IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 18-00165-01-CR-W-BCW |
| | ) | |
| KEVIN ARMITAGE | ) | |
| | ) | |
| Defendant, | ) | |

**UNOPPOSED MOTION FOR CONTINUANCE**

COMES NOW Defendant Kevin Armitage, by undersigned counsel, and in accordance with Rule 47 of the Federal Rules of Criminal Procedure, moves the Court pursuant to 18 U.S.C. §3161, to remove and continue this case from the trial docket scheduled for September, 2018 and reschedule the case on the January, 2019 trial docket.

Suggestions in Support of Motion for Continuance

1. The Indictment was filed June 26, 2018. Undersigned counsel has been diligently preparing the case, but cannot be ready for trial on the September, 2018 docket.

2. A continuance is sought not for the purpose for dilatory delay, but is sought in truth and fact that Kevin Armitage be afforded due process of law under the Fifth Amendment of the United States Constitution and effective assistance of counsel under the Sixth Amendment of the United

States Constitution. In accordance with 18 U.S.C. §3161 it is submitted that the above stated reasons outweigh the best interests of the public and Kevin Armitage to a speedy trial which is required by 18 U.S.C. §3161(c)(1).

3. Under the provisions of 18 U.S.C. §3161, the period of time until the next criminal trial docket should be excluded in computing the period of time in which defendant should be brought to trial under the provisions of the speedy trial act.

4. AUSA Teresa Moore is not opposed to this request.

WHEREFORE, defendant Kevin Armitage respectfully requests that this Court remove this case from the trial docket scheduled for September, 2018, and continue this case to the January, 2019 trial docket or later.

Respectfully submitted,

By: _____
Christopher J. Angles, #47927
1609 W. 92nd Street
Kansas City, Missouri 64114
(816) 471-5777
Fax (816) 471-5778
chris@angleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the clerk of the court on this 30th day of July, 2018 for delivery to all parties of record.

/s/Christopher J. Angles